UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOVANI DAVID LOPEZ LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director, TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement, KRISTI NOEM, U.S. Secretary of Department of Homeland Security, PAMELA BONDI, U.S. Attorney General, and DONALD J. TRUMP, U.S. President,<br><br>Respondents. | Civil Action No. 1:25-cv-12725-IT |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 14] granting Petitioner Geovani David Lopez Lopez's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by October 15, 2025, and Respondents' Status Report [Doc. No. 15] indicating Petitioner received a bond order on October 14 and was released from custody on October 15, this action is CLOSED.

IT IS SO ORDERED.

October 24, 2025

/s/ Indira Talwani
United States District Judge